IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH L. BLACKWELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT,<br>OF CORRECTIONS, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:05-CV-00856-AWI-SMS-P<br><br>ORDER TO SUBMIT NEW<br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS AND<br>CERTIFIED COPY OF TRUST<br>ACCOUNT STATEMENT **OR**<br>PAY FILING FEE |

　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $250.00 filing fee.

///

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

3    2.  Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $250.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    July 26, 2005**                             /s/ Sandra M. Snyder
i0d3h8                                        UNITED STATES MAGISTRATE JUDGE

2