# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL, | CASE NO. 1:05-CV-00856-AWI-SMS-P |
| Plaintiff, | ORDER STRIKING EXHIBITS FILED ON NOVEMBER 28, 2005 |
| v. | (Doc. 19) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff Keith Blackwell ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 28, 2005, plaintiff submitted more than fifty-seven pages of exhibits, presumably in support of his complaint filed on June 20, 2005. Plaintiff may not add to his complaint by submitting evidence piecemeal. As set forth in the First Informational Order, filed October 14, 2005, the court cannot serve as a repository for plaintiff's evidence. (Doc. 14, ¶ 6.) The exhibits were not submitted along with and in support a motion or a pleading. Therefore, in accordance with the First Informational Order, plaintiff's exhibits are HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated:   December 7, 2005              /s/ Sandra M. Snyder
icido3                                 UNITED STATES MAGISTRATE JUDGE