UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL, | CASE NO. 1:05-CV-00856-AWI-SMS-P |
| Plaintiff, | ORDER STRIKING DUPLICATIVE MOTIONS |
| v. | (Docs. 20, 21, and 22) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff Keith Blackwell ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2005, plaintiff filed motions seeking court orders requiring the inmate appeals branch to comply with Title 15 regulations, requiring prison officials to provide plaintiff with law library access of six hours per week, and requiring the appeals coordinator at Avenal State Prison to release plaintiff's legal documents. (Docs. 20-22.) These three motions are duplicative of three motions filed by plaintiff on November 28, 2005, and addressed by the court in a Findings and Recommendations filed on December 8, 2005.

Because they are duplicative of motions already filed with the court, plaintiff's three motions filed on December 1, 2005, are HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated:   **December 12, 2005**            **/s/ Sandra M. Snyder**
icido3                                    UNITED STATES MAGISTRATE JUDGE