# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:05-CV-00856-AWI-SMS-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OBJECTION TO THE FINDINGS AND RECOMMENDATIONS FILED ON DECEMBER 8, 2005<br><br>(Doc. 32) |

On December 21, 2005, plaintiff filed a motion seeking an extension of time to file an objection to the Findings and Recommendations filed on December 8, 2005, in which the undersigned recommended that plaintiff's motions for preliminary injunctive relief filed on November 28, 2005, be denied. Plaintiff's motion is HEREBY GRANTED. Plaintiff's objection to the Findings and Recommendations of December 8 shall be filed within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:    January 26, 2006**　　　　　　/s/ Sandra M. Snyder
i0d3h8　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1