# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL, | CASE NO. 1:05-CV-00856-AWI-SMS-P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, WITH PREJUDICE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Docs. 24 and 28) |
| Defendants. | |

Plaintiff Keith Blackwell ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 13, 2005, the Magistrate Judge filed a Findings and Recommendations that recommended Plaintiff's motion for preliminary injunctive relief be denied. The Findings and Recommendations contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff did not file timely objections to the Findings and Recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

---

[1] On December 21, 2005, plaintiff filed a request for an extension of time to file an objection to the Findings and Recommendations filed on December 8, 2005, which has been granted by the Court. (Doc. 32.) However, plaintiff did not seek an extension of time to file an objection to the December 13 Findings and Recommendations. Regardless, Plaintiff has not filed objections to either Findings and Recommendations.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Findings and Recommendations, filed December 13, 2005, is adopted in full;
3     and
4  2. Plaintiff's motion for preliminary injunctive relief, filed December 7, 2005, is
5     DENIED, with prejudice.

7  IT IS SO ORDERED.

8  **Dated:    March 21, 2006**                    **/s/ Anthony W. Ishii**
   0m8i78                                          UNITED STATES DISTRICT JUDGE