UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL,<br><br>              Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>              Defendants.<br>_____ / | 1:05-cv-00856-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 38)<br><br>**ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF** (Docs. 27 & 31) |

Plaintiff Keith Blackwell ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis, and has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 27, 2006, the Magistrate Judge filed A Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within eleven days.  To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed March 27, 2006, is ADOPTED IN FULL; and,

2.   Plaintiff's motions for preliminary injunctive relief, filed December 12, 2005, and December 14, 2005, are DENIED, with prejudice.

IT IS SO ORDERED.

**Dated:   May 29, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE

2