# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-CV-00856-AWI-SMS-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT IN COMPLIANCE WITH THE COURT'S ORDER OF JUNE 5, 2006<br><br>(Doc. 50)<br><br>AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |

On September 15, 2006, plaintiff filed a motion seeking an extension of time. Although plaintiff did not so specify, the court construes the motion to be one for an extension of time to file an amended complaint in compliance with the court's order of June 5, 2006, as there are no other deadlines pending. Plaintiff is admonished that he must state what he is seeking an extension of time for in his future motions for extensions of time.

Plaintiff's motion is HEREBY GRANTED. Plaintiff shall file an amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:    September 20, 2006               /s/ Sandra M. Snyder
i0d3h8                                                    UNITED STATES MAGISTRATE JUDGE

1