1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9    KEITH BLACKWELL,                              CASE NO. 1:05-CV-00856-AWI-SMS-P

10                       Plaintiff,               ORDER GRANTING MOTION IN PART, AND
                                                   DIRECTING CLERK'S OFFICE TO SEND
11           v.                                    PLAINTIFF COPY OF COMPLAINT,
                                                   EXCLUDING EXHIBITS
12    CALIFORNIA DEPARTMENT
      OF CORRECTIONS, et al.,                      (Doc. 52)

13
                        Defendants.
14    _____/

15

16          On October 19, 2006, plaintiff filed a motion seeking a copy of his complaint.  Copies may

17   be obtained from the Clerk's Office at fifty cents per page, and the court rarely grants requests for

18   free copies.  In this instance, the court will make an exception this one time and provide plaintiff

19   with a copy of his complaint.  However, plaintiff's complaint, including exhibits, is four-hundred

20   one pages long.  Plaintiff will only be provided with the first twenty-three pages, which comprise

21   his pleading in its entirety with the exception of exhibits.  If plaintiff wishes to obtain a copy of the

22   three-hundred seventy-eight pages of exhibits, he must pay for them.

23          Accordingly, it is HEREBY ORDERED that plaintiff's motion is GRANTED IN PART in

24   part, and the Clerk's Office shall send plaintiff pages one through twenty-three of his complaint.

25

26   IT IS SO ORDERED.

27   **Dated:    October 23, 2006**            _____/s/ Sandra M. Snyder_____
     i0d3h8                                     UNITED STATES MAGISTRATE JUDGE

28

1