1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KEITH BLACKWELL,

              Plaintiff,

   v.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

             Defendants.

_____/

CASE NO. 1:05-CV-00856-AWI-SMS-P

ORDER GRANTING THIRTY-DAY
EXTENSION OF TIME TO FILE AMENDED
COMPLAINT

(Doc. 55)

On October 20, 2006, plaintiff filed a second motion seeking an extension of time to file an amended complaint in compliance with the court's order filed on June 5, 2006. Plaintiff's motion is HEREBY GRANTED, and plaintiff shall file an amended complaint within **thirty (30) days** from the date of service of this order.[1]

IT IS SO ORDERED.

**Dated:**   **November 2, 2006**          **/s/ Sandra M. Snyder**
i0d3h8                       UNITED STATES MAGISTRATE JUDGE

---

[1] On October 23, 2006, the court directed the Clerk's Office to provide plaintiff with a copy of his complaint, minus the lengthy exhibits. (Doc. 54.)