1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   KEITH L. BLACKWELL,                    )        1:05-cv-00856-AWI-SMS PC
                                            )
12        Plaintiff,                        )        ORDER GRANTING EXTENSION OF
                                            )        TIME  TO  FILE  AMENDED
13        v.                                )        COMPLAINT
                                            )        (DOCUMENT #66, 69)
14   CDC, et al.,                           )
                                            )
15                                          )
                                            )
16        Defendants.                       )
     _____)

17        On January 29, 2007 and February 13, 2007, plaintiff filed motions to extend time to file a

18   second amended complaint.  Good cause having been presented to the court and GOOD CAUSE

19   APPEARING THEREFOR, IT IS HEREBY ORDERED that:

20        Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his

21   second amended complaint.

22

23   IT IS SO ORDERED.

24   **Dated:    February 20, 2007**              /s/ Sandra M. Snyder
     i0d3h8                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28