UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH L. BLACKWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CDC, et al.,<br><br>    Defendants. | 1:05-cv-00856-AWI-SMS PC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br><br>(DOCUMENT #72) |

On March 23, 2007, plaintiff filed a motion seeking an extension of time to file a second amended complaint in compliance with the court's order of December 18, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his second amended complaint.

IT IS SO ORDERED.

**Dated:   April 13, 2007**               /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE