# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL,<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:05-cv-00856-AWI-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER OF DECEMBER 18, 2006<br><br>(Doc. 74) |

Plaintiff Keith Blackwell ("plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 23, 2007, plaintiff filed a motion seeking an extension of time to file a second amended complaint in compliance with the court's order of December 18, 2006.

Plaintiff's motion is HEREBY GRANTED and plaintiff has **thirty (30) days** from the date of service of this order within which to either (1) file a second amended complaint or (2) notify the court of his willingness to proceed only on the claims found to be cognizable by the court in its order of December 18, 2006.

IT IS SO ORDERED.

Dated:   May 24, 2007                                  /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE

1