# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL, | CASE NO. 1:05-cv-00856-AWI-SMS PC |
|     Plaintiff, | ORDER DENYING MOTION FOR COURT ORDER MANDATING LAW LIBRARY ACCESS |
|     v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 78) |
|     Defendants. | |

Plaintiff Keith Blackwell ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 20, 2007, plaintiff filed a motion seeking a court order mandating that the Los Angeles County Jail provide him with law library access.

Plaintiff previously sought an order regarding law library access, and by virtue of prior rulings, is on notice that the Court cannot and will not issue such an order. (Docs. 25, 36.) The Court does not have jurisdiction in this action over Los Angeles County Jail officials, and the filing of this action provides no basis upon which to seek law library time to more effectively or efficiently litigate this action. City of Los Angeles v. Lyons, 461 U.S. 95, 101, 103 S.Ct. 1660, 1665 (1983); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006).

///
///
///

1  Accordingly, plaintiff's motion for law library access, filed September 20, 2007, is HEREBY
2  DENIED, with prejudice.
3
4  IT IS SO ORDERED.
5  **Dated:   November 14, 2007**               /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE