# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL,<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:05-cv-00856-AWI-SMS PC<br><br>ORDER DENYING MOTION TO AMEND TO ADD VO AS A DEFENDANT AS UNNECESSARY<br><br>(Doc. 79)<br><br>ORDER DENYING MOTIONS TO COMPEL DISCOVERY AS PREMATURE<br><br>(Docs. 88 and 89) |

Plaintiff Keith Blackwell ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 18, 2007, plaintiff filed a motion to amend to add Vo as a defendant. On February 19, 2008, plaintiff filed two motions to compel the production of discovery.

It is sufficiently clear in the second amended complaint that Vo is a defendant and in a Findings and Recommendations issued concurrently with this Order, the court found that plaintiff has stated a cognizable claim against defendant Vo. Therefore, plaintiff's motion to amend is denied.

Discovery may not be conducted until defendants have filed an answer in this action and the court has issued its discovery and scheduling order. Plaintiff is directed to re-read the First Informational Order, filed on October 19, 2005.

///

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion to amend to add Vo as a defendant, filed October 18, 2007, is DENIED as unnecessary; and

2. Plaintiff's motions seeking to compel the production of discovery, filed February 19, 2008, are DENIED as premature.

IT IS SO ORDERED.

**Dated:    February 29, 2008**                     /s/ Sandra M. Snyder
                                                                      UNITED STATES MAGISTRATE JUDGE