IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH L. BLACKWELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CDC, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:05-cv-00856-AWI-SMS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OBJECTION TO THE FINDINGS AND RECOMMENDATIONS FILED ON MARCH 3, 2008<br><br>(DOCUMENT #92)<br><br>THIRTY DAY DEADLINE |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On April 14, 2008, plaintiff filed a motion to extend time to file an objection to the court's findings and recommendations filed on March 3, 2008.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file an objection to the findings and recommendations.


IT IS SO ORDERED.

**Dated:    April 30, 2008** 　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE