# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | CASE NO. 1:05-cv-00856-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 90)<br><br>ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF (Docs. 81, 84, 85, 86)<br><br>ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR SERVICE OF SECOND AMENDED COMPLAINT (Doc. 76) |

    Plaintiff Keith Blackwell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 3, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. After obtaining an extension of time, Plaintiff filed an Objection on May 12, 2008.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 3, 2008, is adopted in full;
2. This action shall proceed on Plaintiff's second amended complaint, filed July 5, 2007, against Defendants Vo, Escobara, Pennywell, McGrew, and Lawhorn under section 1983 for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment;
3. All other defendants are dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them;
4. Plaintiff's claim for injunctive relief is dismissed;
5. Plaintiff's motions for preliminary injunctive relief, filed November 9, 2007, December 17, 2007, and January 4, 2008, are denied, with prejudice;
6. Plaintiff is warned that any further baseless motions for preliminary injunctive relief will be stricken from the record upon filing; and
7. This matter is referred back to the Magistrate Judge for initiation of service of the second amended complaint.

IT IS SO ORDERED.

**Dated:  May 23, 2008**              /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE