1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  KEITH BLACKWELL,                          CASE NO. 1:05-cv-00856-AWI-SMS PC

10              Plaintiff,                    ORDER FINDING SERVICE OF SECOND
                                             AMENDED COMPLAINT APPROPRIATE,
11       v.                                  AND  FORWARDING SERVICE
                                             DOCUMENTS TO PLAINTIFF FOR
12  CALIFORNIA DEPARTMENT                    COMPLETION AND RETURN WITHIN
    OF CORRECTIONS, et al.,                  THIRTY DAYS
13
              Defendants.                    (Doc. 76)
14  _____/

15
16        Plaintiff Keith Blackwell ("Plaintiff") is a state prisoner proceeding pro se and in forma

17  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on June

18  20, 2005.  The Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A

19  and found that it states a claim against Defendants Vo, Escobara, Pennywell, McGrew, and Lawhorn

20  under section 1983 for acting with deliberate indifference to Plaintiff's serious medical needs, in

21  violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200

22  (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY

23  ORDERED that:

24        1.     Service shall be initiated on the following defendants:

25                     DR. VO

26                     CAPTAIN M. ESCOBARA

27  _____
28        [1] All other defendants were dismissed from this action based on Plaintiff's failure to state any claims upon
    which relief may be granted against them, and Plaintiff's claim for injunctive relief was dismissed.  (Doc. 97.)

1     CAPTAIN PENNYWELL

2     MCGREW, COUNSELOR

3     CAPTAIN LAWHORN

4     2.    The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5)

5           summonses, a Notice of Submission of Documents form, an instruction sheet and a

6           copy of the second amended complaint filed July 5, 2007.

7     3.    Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

8           attached Notice of Submission of Documents and submit the completed Notice to the

9           Court with the following documents:

10          a.    Completed summons;

11          b.    One completed USM-285 form for each defendant listed above; and

12          c.    Six (6) copies of the endorsed second amended complaint filed July 5, 2007.

13    4.    Plaintiff need not attempt service on Defendants and need not request waiver of

14          service.  Upon receipt of the above-described documents, the Court will direct the

15          United States Marshal to serve the above-named defendants pursuant to Federal Rule

16          of Civil Procedure 4 without payment of costs.

17    5.    The failure to comply with this order will result in a recommendation that this action

18          be dismissed.

19

20    IT IS SO ORDERED.

21    **Dated:    May 27, 2008            _____/s/ Sandra M. Snyder_____**
                                          UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2