# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00856-AWI-SMS PC<br><br>ORDER STRIKING MOTION FOR<br>INJUNCTIVE RELIEF PURSUANT TO<br>COURT'S ORDER OF MAY 27, 2008<br><br>(Doc. 99) |

　　　Plaintiff Keith Blackwell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action for money damages is proceeding on Plaintiff's second amended complaint, filed July 5, 2007, against Defendants Vo, Escobara, Pennywell, McGrew, and Lawhorn for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment.

　　　On May 29, 2008, Plaintiff filed a motion seeking the issuance of an injunction mandating he be permanently housed at the California Men's Colony in San Luis Obispo.  Pursuant to the Court's order of May 27, 2008, Plaintiff's motion is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:**　**June 4, 2008**　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE