1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  KEITH BLACKWELL,                          CASE NO. 1:05-cv-00856-AWI-SMS PC

10              Plaintiff,                    ORDER DENYING MOTION TO SET ASIDE
                                             FINDINGS AND RECOMMENDATIONS,
11        v.                                 WITH PREJUDICE

12  CALIFORNIA DEPARTMENT                     (Doc. 101)
    OF CORRECTIONS, et al.,
13
                Defendants.
14  _____/

15

16        On June 9, 2008, Plaintiff filed a motion to set aside the Findings and Recommendations

17  filed on March 3, 2008, on the ground that his Objection was not considered by the Court.  (Docs.

18  90, 101.)  Plaintiff misstates the record, and his request is without merit.

19        Plaintiff obtained a thirty-day extension of time to file an Objection on April 30, 2008, and

20  his Objection was received and filed on May 12, 2008.  (Docs. 94, 96.)  This fact is documented in

21  the Court's order adopting the Findings and Recommendations, filed on May 27, 2008.  (Doc. 97.)

22  Further, the Court conducted a *de novo* review in making its determination to adopt the Findings and

23  Recommendations, as documented in the order.  (*Id*.)  To the extent that Plaintiff is claiming he still

24  had further time in which to file additional objections, Plaintiff is incorrect.  A party may file *an*

25  Objection.  Plaintiff did so, and as a result, the Findings and Recommendations became ready for

26  submission to the Court.  A party may not separately file multiple Objections.

///

27  ///

28

1

1        Plaintiff's Objection received consideration, and his motion to set aside the Findings and

2   Recommendations on the ground that his Objection was not considered is denied, with prejudice.

3

4   IT IS SO ORDERED.

5   **Dated:      June 13, 2008**                              **/s/ Sandra M. Snyder**
                                                             UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28