# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL, | CASE NO. 1:05-cv-00856-AWI-SMS PC |
|     Plaintiff, | ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR LACK OF SIGNATURE AND FAILURE TO COMPLY WITH LOCAL RULE 56-260(A) |
|     v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 110) |
|     Defendants. | |

Plaintiff Keith Blackwell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint, filed July 5, 2007, against Defendants Vo, Escobara, Pennywell, McGrew, and Lawhorn under section 1983 for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment. Defendants Escobara, Pennywell, and McGrew waived service and filed an answer on September 9, 2008.[1] On October 2, 2008, Plaintiff filed what he entitled a motion for summary judgment.

Plaintiff failed to sign his motion. The Court cannot consider any filing that is unsigned. Local Rule 7-131; Fed. R. Civ. P. 11(a). Further, Plaintiff's motion does not comply with Local Rule 56-260(a), which provides that "[e]ach motion for summary judgment or summary adjudication shall be accompanied by a 'Statement of Undisputed Facts' that shall enumerate discretely each of

---

[1] The United States Marshal was unable to locate Defendant Lawhorn, and service is still outstanding as to Defendant Vo. The Court will address the service issue concerning Lawhorn in a separate order.

1

1  the specific material facts relied upon in support of the motion and cite the particular portions of any
2  pleading, affidavit, deposition, interrogatory answer, admission or other document relied upon to
3  establish that fact."

4   For these reasons, Plaintiff's motion for summary judgment is HEREBY STRICKEN from
5  the record.

7  IT IS SO ORDERED.
8  **Dated:   October 7, 2008**                    /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE