1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KEITH BLACKWELL,                                    CASE NO. 1:05-cv-00856-AWI-SMS PC

                    Plaintiff,                      ORDER EXTENDING APPLICATION OF
                                                    DISCOVERY AND SCHEDULING ORDER
        v.                                          TO DEFENDANT VO

CALIFORNIA DEPARTMENT                               (Docs. 113 and 117)
OF CORRECTIONS, et al.,

                    Defendants.
_____/

        On October 27, 2008, Defendant Vo filed an answer to the second amended complaint.

Application of the discovery and scheduling order filed on October 8, 2008, is HEREBY

EXTENDED to Defendant Vo.


IT IS SO ORDERED.

**Dated:     October 28, 2008**                     _____/s/ Sandra M. Snyder_____
                                                    UNITED STATES MAGISTRATE JUDGE

1