1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9  KEITH BLACKWELL,                          CASE NO. 1:05-cv-00856-AWI-SMS PC

10                  Plaintiff,               ORDER STRIKING MOTION AND
                                             DECLARATION
11        v.
                                             (Doc. 115 and 116)
12  CALIFORNIA DEPARTMENT
    OF CORRECTIONS, et al.,
13
                    Defendants.
14  _____/

15
16        Plaintiff Keith Blackwell ("Plaintiff") is a state prisoner proceeding pro se and in forma

17  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 20, 2008, Plaintiff filed

18  a motion and a declaration.  The motion is incomprehensible.  Because the Court cannot discern

19  what relief Plaintiff is seeking, the motion and supporting declaration are HEREBY STRICKEN

20  from the record.

21  IT IS SO ORDERED.

22  **Dated:    October 29, 2008**            _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28