# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL, | CASE NO. 1:05-cv-00856-AWI-SMS PC |
| Plaintiff, | ORDER STRIKING MOTION |
| v. | (Doc. 119) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ORDER DENYING MOTION SEEKING EXTENSION OF TIME |
| Defendants. | (Doc. 120) |

Plaintiff Keith Blackwell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 24, 2008, Plaintiff filed a self-described "Special Motion" concerning his second amended complaint. The motion seeks no recognizable form of relief. Because the Court cannot discern what relief Plaintiff is seeking, the motion is HEREBY STRICKEN from the record.

Also on October 24, 2008, Plaintiff filed a motion seeking an extension of time. Plaintiff did not specify what the extension of time is for, and there are currently no pending orders or motions requiring a response from Plaintiff. Because the Court cannot discern what the requested extension is for, the motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:     November 4, 2008                /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE

1