1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   KEITH BLACKWELL,             CASE NO. 1:05-cv-00856-AWI-SMS PC

10            Plaintiff,            ORDER STRIKING DISCOVERY REQUESTS

11      v.                      (Docs. 127 and 128)

12   CALIFORNIA DEPARTMENT
    OF CORRECTIONS, et al.,

13

14            Defendants.
_____/

15

16        Plaintiff Keith Blackwell ("Plaintiff") is a state prisoner proceeding pro se and in forma

17 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 3, 2008, Plaintiff

18 filed a request for the production of documents and interrogatories, each accompanied by a face page

19 entitled "Affidavit/Declaration." (Docs. 127, 128.)  As set forth in the First Informational Order, the

20 parties are not to file discovery requests with the Court unless they are the subject of a dispute, such

21 as a pending motion to compel.  (Doc. 14, ¶8.)

22        Pursuant to the First Informational Order, Plaintiff's improperly filed discovery requests are

23 HEREBY STRICKEN from the record.

24 IT IS SO ORDERED.

25 **Dated:**   **November 6, 2008**         **/s/ Sandra M. Snyder**

26                                  UNITED STATES MAGISTRATE JUDGE

27

28

1