# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL, | CASE NO. 1:05-cv-00856-AWI-SMS PC |
| Plaintiff, | ORDER STRIKING FILINGS |
| v. | (Docs. 130, 131, 132, and 133) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. / | |

On November 10, 2008, Plaintiff filed a "legal opinion," a "special motion," a request for the production of documents, and interrogatories. (Docs. 130-133.) The opinion and motion, which seek no legally recognizable relief, and the improperly submitted discovery requests are HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   November 17, 2008**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

1