# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL, | CASE NO. 1:05-cv-00856-AWI-SMS PC |
| Plaintiff, | ORDER STRIKING DISCOVERY REQUESTS |
| v. | (Docs. 139 and 140) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. / | |

Plaintiff's discovery requests, filed on December 9, 2008, in contravention of this Court's First Informational Order, are HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   December 10, 2008**        /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE

1