# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL, | CASE NO. 1:05-cv-00856-AWI-SMS PC |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTIONS |
| v. | (Docs. 144 and 145) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ORDER DENYING MOTIONS TO COMPEL, WITHOUT PREJUDICE |
| Defendants. | (Docs. 149-153) |

On December 18, 2008, Plaintiff filed two unsigned motions. (Docs. 144, 145.) All filings must be signed, and the motions shall be stricken due to their lack of signature. Local Rule 7-131; Fed. R. Civ. P. 11(a).

On January 5, 2009, Plaintiff filed two motions to compel, accompanied by interrogatories, set two, directed to Defendant Pennywell; interrogatories, set three, directed to Defendant Escobara; and a request for the production of documents, set two, directed to Defendant Pennywell. (Docs. 149-153.) Both motions to compel are incomplete because they do not include Defendants' responses to Plaintiff's discovery requests. Further, one motion seeks to compel further responses from Defendant McGrew, but no discovery requests directed at McGrew were submitted. Because Plaintiff's motions to compel lack the necessary supporting documentation (Defendants' responses), they shall be denied, without prejudice to renewal.

///

///

1    For the reasons set forth herein, Plaintiff's motions, filed December 18, 2008, are
2  STRICKEN for lack of signature, and Plaintiff's motions to compel, filed January 5, 2009, are
3  DENIED, without prejudice to renewal, as procedurally deficient.

IT IS SO ORDERED.

**Dated:**   **March 18, 2009**                         /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE