# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-cv-00856-AWI-SMS PC<br><br>ORDER STRIKING REQUEST FOR PRODUCTION OF DOCUMENTS, ENTITLED DISCOVERY MOTION<br><br>(Doc. 143) |

Plaintiff Keith Blackwell is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 9, 2008, Plaintiff filed what is entitled a discovery motion. Plaintiff's motion is a bare request for the production of unidentified documents from Defendant Escobara. Discovery requests should be served on the responding party, and should not be filed with the Court unless there is a pending discovery dispute. Further, the request is procedurally deficient because it does not identify the documents sought by Plaintiff. Fed. R. Civ. P. 34(b)(1)A).

Plaintiff's request for the production of documents, entitled a discovery motion, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:    May 4, 2009                      /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE