# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL, | CASE NO. 1:05-cv-00856-AWI-SMS PC |
| Plaintiff, | ORDER STRIKING NOTICE OF COMPLIANCE WITH DISCOVERY REQUEST |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 159) |
| Defendants. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Keith Blackwell, a former prisoner proceeding pro se and in forma pauperis. Pursuant to the Court's scheduling order, the discovery phase of this litigation is in progress.

On May 11, 2009, Plaintiff filed a notice of compliance with Defendants' request for the production of documents and for a general release authorizing the disclosure of Plaintiff's medical records.[1] (Doc. 159.) The parties should not involve the Court in their discovery unless a dispute between them arises, and the matter is appropriately before the Court via a motion seeking relief.

Therefore, Plaintiff's notice is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:** May 13, 2009  /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff erroneously entitled the filing a motion.

1