1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   KEITH BLACKWELL,                          CASE NO. 1:05-cv-00856-AWI-SMS PC

10                    Plaintiff,              ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS, AND DENYING
11        v.                                 DEFENDANTS' MOTION TO DISMISS FOR
                                             FAILURE TO EXHAUST, WITHOUT
12   CALIFORNIA DEPARTMENT                    PREJUDICE TO RENEWAL WITHIN SIXTY
     OF CORRECTIONS, et al.,                  DAYS
13
                     Defendants.             (Docs. 161 and 166)
14   _____/

15
16        This civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Keith Blackwell, a

17   former state prisoner proceeding pro se and in forma pauperis.  The matter was referred to a United

18   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

          On July 14, 2009, the Magistrate Judge filed a Findings and Recommendations herein which
19
     was served on the parties and which contained notice to the parties that any objections were to be
20
     filed within fifteen days.  No objections have bee filed.
21
          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a
22
     de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings
23
     and Recommendations to be supported by the record and by proper analysis.
24
          Accordingly, IT IS HEREBY ORDERED that:
25
          1.    The Findings and Recommendations, filed July 14, 2009, is adopted in full;
26
          2.    Defendants' motion to dismiss, filed May 29, 2009, is DENIED, without prejudice;
27
                and
28

3.      Defendants have **sixty (60) days** from the date of service of this order within which to file an unenumerated Rule 12(b) motion.

IT IS SO ORDERED.

**Dated:      September 11, 2009                          /s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE