# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL, | CASE NO. 1:05-cv-00856-AWI-SMS PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS UNTIMELY |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 176) |
| Defendants. | ORDER STRIKING FILING FOR LACK OF SIGNATURE AND AS DUPLICATIVE |
| | (Doc. 175) |

_____/

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Keith Blackwell, a former state prisoner proceeding pro se and in forma pauperis. This action is proceeding against Defendants Vo, Escobara, Pennywell, McGrew, and Lawhorn under section 1983 for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment. On September 28, 2009, Defendant Vo filed a motion for summary judgment; on September 28, 2009, Defendants Escobara, Pennywell, McGrew, and Lawhorn filed a motion to dismiss for failure to exhaust; on September 29, 2009, Defendants Escobara, Pennywell, McGrew, and Lawhorn for summary judgment; and on October 13, 2009, Plaintiff filed a motion for summary judgment.

The deadline for filing pretrial dispositive motions was September 29, 2009. Plaintiff's motion is untimely and will not be considered by the Court.

Accordingly, Plaintiff's motion for summary judgment, filed October 13, 2009, is HEREBY ORDERED STRICKEN FROM THE RECORD as untimely. Fed. R. Civ. P. 16(b).

1  In addition, Plaintiff filed an opposition to Defendant Vo's motion on October 9, 2009.
2 (Doc. 177.)  On October 13, 2009, Plaintiff filed an unsigned opposition that is duplicative of his
3 October 9 filing.[1]  (Doc. 175.)  The unsigned, duplicative opposition is HEREBY ORDERED
4 STRICKEN from the record.

6  IT IS SO ORDERED.
7  Dated:   October 16, 2009                    /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The opposition brief consists of one page, which is identical.  The October 9 filing is accompanied by evidence, however, while the October 13 opposition is not.

2