# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL, | CASE NO. 1:05-cv-00856-AWI-SMS PC |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S NOTICES AND CROSS-MOTIONS FOR SUMMARY JUDGMENT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Docs. 177 and 180) |
| Defendants. | |

The deadline for filing pretrial dispositive motions in this action was September 29, 2009. (Doc. 156.) Defendants filed timely dispositive motions on September 28, 2009, and September 29, 2009. (Docs. 170-172.) Plaintiff filed oppositions to two of the three dispositive motions filed by Defendants, and in both oppositions, Plaintiff evidences an intent to seek summary judgment in his favor. (Doc. 177, p. 1; Doc. 180, p. 1.)

The filings are considered only as oppositions to Defendants' motions. In addition to being deficient as cross-motions for summary judgment, Fed. R. Civ. P. 56; Local Rule 260(a), Plaintiff's motions are untimely in light of the pretrial dispositive motion deadline, Fed. R. Civ. P. 16(b)(4).

Therefore, Plaintiff's notices of motion and cross-motions for summary judgment are HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:   January 27, 2010            /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE

1