1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9   KEITH BLACKWELL,                          CASE NO. 1:05-cv-00856-AWI-SMS PC

10              Plaintiff,                     ORDER GRANTING IN PART AND
                                              DENYING IN PART DEFENDANT VO'S
11      v.                                    MOTION TO COMPEL AND FOR
                                              SANCTIONS
12   CALIFORNIA DEPARTMENT
     OF CORRECTIONS, et al.,                  (Doc. 167)

13              Defendants.                   ORDER REQUIRING PLAINTIFF TO PAY
14                                            DEFENDANT VO REASONABLE EXPENSES
                                              IN THE AMOUNT OF $375.00 WITHIN
15                                            SIXTY DAYS

16   _____/

17          Plaintiff Keith Blackwell, a former state prisoner proceeding pro se and in forma pauperis,

18   filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 20, 2005.  This action is

19   proceeding on Plaintiff's second amended complaint, filed July 5, 2007, against Defendants Vo,

20   Escobara, Pennywell, McGrew, and Lawhorn under section 1983 for acting with deliberate

21   indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment.  On July 23,

22   2009, Defendant Vo filed a motion to compel.  Plaintiff did not file a response.

23          Defendant served interrogatories and a request for the production of documents on Plaintiff

24   on April 9, 2009.  (Doc. 167, Motion, Paul Dec., ¶4.)  Pursuant to the Court's scheduling order and

25   Federal Rule of Civil Procedure 6(d), Plaintiff was required to serve his responses on or before May

26   29, 2009.  Plaintiff failed to respond to the discovery requests and failed to respond to Defendant's

27   letter, mailed July 6, 2009, demanding that Plaintiff respond within seven days.  (Id., Paul Dec., ¶¶6,

28   7.)  Defendant seeks an order dismissing the claim against him, or in the alternative, an order

1

compelling Plaintiff to serve responses to the discovery requests.  Defendant also seeks reasonable expenses in the amount of $525.00.

Plaintiff may not refuse to respond to properly served discovery requests, and his failure to respond entitles Defendant to an order compelling a response.  Fed. R. Civ. P. 37(a)(3)(B).

With respect to sanctions, Rule 37(d) authorizes the Court to dismiss Plaintiff's claim against Defendant Vo as a sanction for failing to serve responses to Defendant's interrogatories and request for the production of documents.  However, because dismissal is a drastic sanction reserved for extreme circumstances, e.g., In re Exxon Valdez, 102 F.2d 429, 432 (9th Cir. 1996), it is not one the Court is willing to entertain at this stage, based on a one time failure to respond to discovery requests and in the absence of disobedience of an order directing Plaintiff to respond.[1] Therefore, Defendant's request for dismissal as a sanction is denied.

With respect to reasonable expenses, Defendant is entitled to the expenses incurred in making his motion to compel.  Fed. R. Civ. P. 37(d)(3).  Given that Plaintiff did not respond to the motion, Defendant's anticipated expenses in reviewing and researching Plaintiff's opposition and in drafting a reply are disregarded.  There has been no showing that Plaintiff was substantially justified in failing to respond, and therefore, Defendant's motion for $375.00 in reasonable expenses is granted.[2] Id.

As previously stated, Defendant is entitled to an order compelling Plaintiff to serve responses.  However, in light of the pending recommendation to grant Defendant judgment on the merits, the Court shall stay the order given that judgment in Defendant's favor will render this discovery dispute moot.

///

///

///

///

---

[1] Further, in findings and recommendations issued separately from this order, the Court recommended that Defendant's motion for summary judgment be granted.  If adopted in full, Defendant will be granted judgment on the merits.

[2] 2.5 hours at the rate $150.00 an hour.  (Doc. 167, Paul Dec., ¶¶8, 9.)

Accordingly, it is HEREBY ORDERED that:

1.    Defendant's motion to compel and for sanctions, filed July 23, 2009, is GRANTED IN PART and DENIED IN PART as follows:

    a.    Defendant's motion to compel a response to his interrogatories and request for the production of documents is GRANTED but the order compelling Plaintiff to serve responses is stayed pending resolution of the Court's recommendation that Defendant's motion for summary judgment be granted;

    b.    Defendant's motion to dismiss the claim against him as a sanction is DENIED;

    c.    Defendant's motion for reasonable expenses in the amount of $375.00 is GRANTED; and

    d.    Plaintiff shall pay Defendant Vo $375.00 within **sixty (60) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:    January 27, 2010                    /s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE