**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLACKWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-cv-00856-AWI-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE AT TWO ADDRESSES OF RECORD<br><br>(Doc. 187)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE THIS ORDER ON PLAINTIFF IN LOS ANGELES AS A ONE TIME COURTESY |

On January 28, 2010, Plaintiff Keith Blackwell, a former state prisoner proceeding pro se and in forma pauperis in this civil rights action, filed a motion seeking to have the Court and attorneys for the defendants serve all documents on him at two addresses of record, one in Albuquerque, New Mexico and one in Los Angeles, California.

Plaintiff must keep the Court and attorneys for the defendants informed as to his current address of record. Local Rule 183(b). There is no provision entitling Plaintiff to service at two addresses of record, and Plaintiff has not shown good cause for this extraordinary request. Therefore, it is denied. If Plaintiff's current address of record is in Los Angeles, he must file a notice so stating. Until and unless the Court receives such a notice, Plaintiff's address of record

///

remains Albuquerque, New Mexico.¹ The Court will, as a one time courtesy, direct the Clerk's Office to serve this order on Plaintiff at both addresses.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion seeking to have the Court and attorneys for the defendants serve all documents on him at two addresses of record is DENIED;

2. Plaintiff's address of record remains Albuquerque, New Mexico unless Plaintiff files a notice of change of address to the Los Angeles address; and

3. The Clerk's Office shall, this one time only, serve a courtesy copy of this order on Plaintiff at the Los Angeles address listed in document 187, in addition to service on Plaintiff at his address of record in New Mexico.

IT IS SO ORDERED.

**Dated:   January 28, 2010**                /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE

---

¹ On January 28, 2010, two orders and two findings and recommendations were served on Plaintiff at his address of record in New Mexico. (Docs. 183-186.) Service is deemed effective absent a notice of change of address. Local Rule 183(b).